| Date | Pleading Number | |
|---|---|---|
| 11/20/75 | 1. | MOTION & SUPPORTING BRIEF -- DEF. WILSON & CO., INC., -- accompanied by Schedule A of actions involved (22 in N.D.Ga. & 1 in S.D.N.Y.) and certificate of service on involved attorneys and clerks. REQUESTED TRANSFEREE FORUM: N.D. Georgia |
| 12/1/75 | 2 | RESPONSE -- ALLIED MILLS, INC. w/cert of service |
| 12/2/75 | 3 | RESPONSE -- A. C. SMITH MILLING CO., B&P POULTRYCO., INC., BURNETT ~~B&P POULTRY, INC., BURNETT~~ PRODUCE CO., CAGLE'S, INC. CLAXTON POULTRY CO., DENT POULTRY CO., INC., DEWITT FARMS CORP., FIELDALE CORP., GOLD KIST INC., MAR-JAC, INC. MFC SERVICES AAL, NATIONAL BROILER MARKETING ASSN. O.K. FOODS, INC., PILGRIM INDUSTRIES, INC. POULTRY PRODUCTS CO., & PURNELL'S PRIDE, INC. w/cert. of ser. |
| 12/8/75 | 4 | RESPONSE -- CITY OF N.Y., N.Y. CITY HEALTH AND HOSP. CORP. AND BOARD OF HIGHER EDUCATION OF THE CITY OF N.Y. w/cert. of service |
| 12/8/75 | 5 | STIPULATION -- TO TRANSFER ACTION PENDING IN S.D.N.Y. TO THE N. D. OF GEORGIA UNDER §1407 THE STIPULATION IS BETWEEN THE COUNSEL FOR THE PLAINTIFFS AND THE FOLLOWING DEFENDANTS: A.C. SMITH MILLING CO.; ALLIED MILLS, INC.; B&P. POULTRY CO., INC.; BURNETT PRODUCE CO.; CAGLE'S, INC.; CLAXTON POULTRY CO., INC.: DENT POULTRY CO., INC.; DEWITT FARMS CORP; FIELDALE CORP; GOLD KIST, INC; H & H POULTRY CO., INC.; HUDSON FOODS, INC.; MARELL POULTRY CO.; MAR-JAC, INC. MARSHALL DURBIN COMPANIES; MFC SERVICES; NATIONAL BROILER MARKETING ASSN.; O.K. FOODS, INC.; PETERSON FARMS, INC.; PILGRIM INDUSTRIES, INC.; POULTRY PRODUCTS CO., INC., PURNELL'S PRIDE, INC., RALSTON PURINA CO.; SOUTHEASTERN HATCHERIES; STRATFORD OF TEXAS INC.: TYSON FOODS, INC.; VALMAC INDUSTRIES, INC. |
| 12/8/75 | 6 | JOINDER IN STIPULATION TO TRANSFER. -- H&H POULTRY CO., INC., HUDSON FOODS, INC., PETERSON FARMS, INC., TYSON FOODS, IN( MARSHALL DURBIN FOOD CORP., MARSHALL DURBIN FARMS, INC. |
| 12/8/75 | 7 | RESPONSE -- MARELL POULTRY CO., RALSTON PURINA CO., SOUTHEASTERN HATCHERIES, AND VALMAC INDUSTRIES, INC. w/cert. of service |
| 12/8/75 | | APPEARANCES -- S. D. Silverman for plaintiff City of New York, et al. E. J. Bondurant, II as Liaison Counsel for Georgia plaintiffs apptd. by J. O'Kelley in P.T. Order #1 B. M. Mather for Perdue Famrs, Inc. (Def.) J. A. Fillman for defendant Kane-Miller Corp. M. H. Alcott for defendant Allied Mills, Inc. J. H. McGlothlin for defendant Wilson & Co., Inc. J. H. Watson, Jr. for defendants H & H Poultry Co., Inc. Heublein, Inc., Hudson Foods, Inc., Marrell Poultry Marshall Durbin Food Corp., Marshall Durbin Farms, Inc "Marshall Durbin Companies", Peterson Farms, Inc., Ralston Purina Co., Southeastern Hatcheries, Stratford of Texas, Inc., Tyson Foods, Inc., and Valmac Industries, Inc. M. A. Doyle for defendants A. C. Smith Milling Co., B&P Poultry Co., Inc., Burnett Product Co., Cagle's Inc., Claxton Poultry Co., Inc., Dent Poultry Co., Inc., DeWitt Farms Corp., Fiedale Corp., Goldkist, Inc., Mar-Jac, Inc., MFC Services (AAL), Nat'l Broiler Marketing Assn., O. K. Foods, Inc., Pilgrim Industrie Inc., Poultry Products Co., Inc. and Purnell's Pride, Inc. |

| Date | Pleading Number | |
|------|------|------|
| 12/8/75 | | LETTER RESPONSE -- CONSOLIDATED N.D. GEORGIA PLAINTIFFS |
| 12/22/75 | | APPEARANCE -- H. L. Russell for Cargill, Inc., Central Soya Co., Inc., ConAgra, Inc., The Federal Co., The Pillsbury Co., and Townsends, Inc. |
| 12/30/75 | | HEARING ORDER -- SETTING A-1 through A-23 FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| 1/23/76 | 8 | STIPULATION CONSENTING TO TRANSFER -- PLAINTIFFS CITY OF NEW YORK AND DEFENDANTS, cargill, inc., central soya co., inc. CONAGRA, INC. FEDERAL CO. AND TOWNSENDS, INC. AND PILLSBURY CO. w/cert. of SERVICE. |
| 1/23/76 | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES |
| 3/9/76 | | CONSENT OF TRANSFEREE COURT -- For Judge William C. O'Kelley to handle litigation in the N.D. Ga. |
| 3/9/76 | | ORDER transferring one action to the N.D.Georgia under 28 U.S.C. §1407 for assignment to Judge William C. O'Kelley |
| 6/9/76 | (B-1) | THE STATE OF ALABAMA, ET AL. V. BURNETT PRODUCE CO., ET AL., W.D. TENN. C.A. NO. C-76-54-E CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel, involved judges |
| 6/16/76 | | B-2 -- WM. ALTUS & SON, INC. V. BURNETT PRODUCE CO., ET AL. W.D. TENN, C-76-58-E CONDITIONAL TRANSFER ORDER FILED TODAY. Notified counsel, involved judges |
| 6/18/76 | | (B-3) STATE OF ALABAMA V. DEWITT FARMS, INC., ET AL., E.D. Texas TY-76-240-CA -- CTOfiled today. Notified counsel, involved judges |
| 6/28/76 | | (B-1) STATE OF ALABAMA V. BURNETT PRODUCE, W.D.TENN, C76-54 CTO FINAL TODAY. Notified clerks, involved judges |
| 7/1/76 | | (B-2) WM. ALTUS & SON, INC. V. BURNETT PRODUCE CO., ET AL., W.D.TENN c76-58-E -- CTO FINAL TODAY. Notified clerks and judges |
| 7/7/76 | | (B-3) -- STATE OF ALABAMA V. DEWITT FARMS, INC. ET AL. E.D. TEX. TY-76-240 -- CTO Final today. Notified involved clerks and judges |
| 10/22/76 | | B-4, STATE OF CONN., ET AL. V. PERDUE FARMS, INC., ET AL. H76/369 D. CONN. - Conditional Transfer order filed today, notified counsel and involved judges. |
| 11/8/76 | | ORDERXFINALXTODAYXXNOTIFIEDXTRANSFEREEXCLERKXXJUDGEXXINVOLVEDXCLERKX" ANDXJUDGEX B-4, XRRERXXXNAKXXRMAX CONDITIONAL TRANSFER ORDER FINAL TODAY.NOTIFIED TRANSFEREE CLERK, JUDGE, INVOLVED CLERK AND JUDGE. |
| 3/22/77 | | B-5 State of Alabama et al v. Durbin Food Corp., N.D.ALA., Civil Action No. CA77-MO179S CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 4/7/77 | | B-5 State of Alabama v. Durbin Food Corp., N.D.ALA., Civil Action No. CA77-MO179S CONDITIONAL TRANSFER FINAL TODAY. NOTIFIED INVOLVED CLERKS & JUDGES. |
| 9/29/77 | | B-6 State of Alabama, et al. v. Bayshore Foods, Inc., et al., D.MD., Civil Action No. K-77-1502 CTO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 10/14/77 | | B-6 State of Alabama, etal. v. Bayshore Foods, Inc.,et al.,D.MARYLAND, Civil Action No. K-77-1502 CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 237 -- In re Chicken "Broiler" Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/01/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 LeMire Sales, Inc. v. National Broiler Marketing Assoc. et al., D. Minn., C.A.No. Civ-4-79-635 NOTIFIED COUNSEL AND JUDGES. (emh) |
| 80/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-7 LeMire Sales, Inc. v. Nat'l Broiler Marketing Assoc., D.Minn.,C.A.No. Civ-4-79-635. Notified involved clerks and judges.(ea) |
| 80/03/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Eugene T. Lemire, etc. v. Nat'l Broiler Marketing Assn., et al., D.Minn., C.A.No. Civ 3-80-4 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/04/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Eugene T. LeMire, etc. v. National Broiler Marketing Assn., et al., D.Minn., C.A.No. 3-80-4 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |

DOCKET NO. 237 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE CHICKEN "BROILER" ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 1/23/76

Date(s) of Opinion(s) or Order(s) 3/9/76

Consolidation Ordered  xx   Name of Transferee Judge WILLIAM C. O'KELLEY   113E
Consolidation Denied ____   Transferee District NORTHERN DISTRICT OF GEORGIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | City of New York, et al. v. ~~National Broiler Marketing Assn., et al.~~ Cargill, Inc., et al. | S.D.N.Y. *transferred* | 75 Civ.4179 | 3/9/76 | 76-474A | 3/19/80 | |
| A-2 | The State of Connecticut v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1257A | | | 3/19/80 | |
| A-3 | Purtiy Supreme, Inc. v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1557A | | | 3/19/80 | |
| A-4 | State of Rhode Island v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1594A | | | 3/19/80 | |
| A-5 | State of Florida v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1595A | | | 3/19/80 | |
| A-6 | State of Colorado v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1632A | | | 3/19/80 | |
| A-7 | Commonwealth of Virginia v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1654A | | | 3/19/80 | |
| A-8 | State of Alabama v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1783A | | | 3/19/80 | |
| A-9 | State of Missouri v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-1829A | | | 3/19/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | State of Iowa v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2032A | | | 3/19/80 | |
| A-11 | The State of New York v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2044A | | | 3/19/80 | |
| A-12 | Ambassador East Hotel, et al. v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2204A | | | 3/19/80 | |
| A-13 | State of Oklahoma v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2131A | | | 3/19/80 | |
| A-14 | State of Michigan v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2366A | | | 3/19/80 | |
| A-15 | Commonwealth of Pennsylvania v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C74-2330A | | | 3/19/80 | |
| A-16 | State of Kentucky v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-70A | | | 3/19/80 | |
| A-17 | State of Ohio v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-71A | | | 3/19/80 | |
| A-18 | State of Louisiana v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-152A | | | 3/19/80 | |
| A-19 | State of New Jersey v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-362A | | | 3/19/80 | |
| A-20 | Louis Migliaccio, et al. v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-1079A | | | 3/19/80 | |
| A-21 | State of Illinois v. National Broiler Marketing Assn., et al. | N.D.Ga O'Kelley | C75-1294A | | | 3/19/80 | |

DOCKET NO. 237 (CONTINUED)     PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-22 | Kentucky Fried Chicken of Mattoon, Illinois, Inc. v. National Broiler Marketing Assn., et al. | N.D.Ga. O'Kelley | C75-1293A | | | 3/19/80 | |
| A-23 | Bal Harbour Hotel Corp., et al. v. National Broiler Marketing Assn., et al. *duplicate listing* | N.D.Ga. O'Kelley | C74-2204A | | | 3/19/80 | |
| B-1 | State of Alabama v. Burnett Produce Co., et al. 6/9/76 | W.D.Tenn Wellford | C76-54-E | 6/28/76 | C76-1115A | 3/19/80 | |
| B-2 | Altus & Son, Inc., etc. v. Burnett Produce Co., et al. 6/16/76 | W.D. Tenn Wellford | 76-58-E | 7/1/76 | CA76-1166A | 3/19/80 | |
| B-3 | State of Alabama v. DeWitt Farms Inc., et al. 6/18/76 | E.D.Tex Steger | TY-76-240-CA | 7/2/76 | C76-1157 | 3/19/80 | |

Oct 1, 1976 — 4 TR — 22 XYZ — 26 TOTAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-4 | State of Connecticut et al. v. Perdue Farms, Inc., et al. Oct. 22, 1976 | D. Conn Clarie | H76/369 | 11/8/76 | C76-1866 | 3/19/80 | |
| B-5 | State of Alabama, et al. v. Durbin Food Corp. 3/22/77 | N.D.Ala McFadden | CA77 MO179S | 4/7/77 | C77-569A | 3/19/80 | |

July 1, 1977 — 6 TR — 23 XYZ — 29 TOTAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-6 | State of Alabama, et al. v. Bayshore Foods, Inc., et al. 9/29/77 | D. Maryland Kaufman | K-77-1502 | 10/14/77 | C77-1693A | 3/19/80 | (incl XYZ-1) |

DOCKET NO. 237 -- IN RE CHICKEN "BROILER" ANTITRUST LITIGATION -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | The State of Oregon v. National Broiler Marketing Association | N.D.GA. | C76-2038-A | | | 3/19/80 | |
| XYZ-2 | The State of Alabama, et al. v. Holly Farms Poultry Industries, Inc. | N.D.Ga. | C76-443A | | | 3/19/80 | |
| XYZ-3 | The Commonwealth of Mass. v. National Broiler Marketing Assn., et al. | N.D.Ga. | C77-476A | | | 3/19/80 | |
| | *July 1979 - 7 TR/24 XYZ/31 Reg* | | | | | | |
| B-7 | LeMire Sales, Inc. v. National Broiler Marketing Association | D.Minn. Devitt | Civ-4-79-635 | 1/23/80 | C80-209A | 12/18/80 D | |
| B-8 | Eugene T. LeMire, etc. v. National Broiler Marketing Assn., et al. *3/27/80* | D. Minn Renner | Civ 3-80-4 | 4/18/80 | C80-693A | 12/18/80 D | pending 5/87 |
| XYZ-9 | In re Chicken Antitrust Litigation | N.D.Ga. | 74-2454 | | | | |

*July 1980 - 9 TR/25 XYZ/31 Dis/3 Reg*
*July 1981 - 9 TR/25 XYZ/33 Dis/1 Reg*
*July 1982 - Same*
*July 1983 - Same*
*July 1984 - Same*
*July 1985 - Same*
*July 1987 - 1 Dis/ Litigation Closed*

p. _____

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 237 -- IN RE CHICKEN "BROILER" ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| CITY OF NEW YORK, ET AL. (A-1)<br>Sidney B. Silverman, Esquire<br>Silverman & Haines<br>75 Rockefeller Plaza<br>New York, New York 10019 | A. C. SMITH MILLING COMPANY<br>B & P POULTRY CO., INC.<br>~~BURNETT PRODUCE CO.~~<br>CAGLE'S, INC.<br>CLAXTON POULTRY CO., INC.<br>DENT POULTRY CO., INC.<br>DeWITT FARMS CORP. |
| STATE OF CONNECTICUT (A-2)<br>PURITY SUPREME, INC. (A-3)<br>STATE OF RHODE ISLAND (A-4)<br>STATE OF FLORIDA (A-5)<br>STATE OF COLORADO (A-6)<br>COMMONWEALTH OF VIRGINIA (A-7)<br>STATE OF ALABAMA (A-8)<br>STATE OF MISSOURI (A-9)<br>STATE OF IOWA (A-10)<br>STATE OF NEW YORK (A-11)<br>AMBASSADOR EAST HOTEL, ET AL. (A-12)<br>STATE OF OKLAHOMA (A-13)<br>STATE OF MICHIGAN (A-14)<br>COMMONWEALTH OF PENNSYLVANIA (A-15)<br>STATE OF KENTUCKY (A-16)<br>STATE OF OHIO (A-17)<br>STATE OF LOUISIANA (A-18)<br>STATE OF NEW JERSEY (A-19)<br>LOUIS MIGLIACCIO, ET AL. (A-20)<br>STATE OF ILLINOIS (A-21)<br>KENTUCKY FRIED CHICKEN OF MATTOON, ILLINOIS, INC. (A-22)<br>BAL HARBOUR HOTEL CORP., ET AL. (A-23)<br>Emmet J. Bondurant, II, Esquire<br>Kilpatrick, Cody, Rogers, McClatchey & Regenstein<br>3100 Equitable Building<br>100 Peachtree Street, N.W.<br>Atlanta, Georgia 30303<br>(Liaison counsel appointed by by Judge O'Kelley in First Pretrial Order (amended by Order dated Dec. 1, 1975.) | FIELDALE CORP.<br>GOLD KIST, INC.<br>MAR-JAC, INC.<br>MFC SERVICES (AAL)<br>NATIONAL BROILER MARKETING ASSN.<br>O. K. FOODS, INC. (formerly known as O.K. Processors, Inc.)<br>PILGRIM INDUSTRIES, INC.<br>POULTRY PRODUCTS CO., INC.<br>PURNELL'S PRIDE, INC.<br>Michael A. Doyle, Esquire<br>Alston, Miller & Gaines<br>1200 C&S National Bank Bldg.<br>Atlanta, Georgia 30303<br><br>MARSHALL DURBIN FOOD CORP.<br>MARSHALL DURBIN FARMS, INC.<br>TYSON FOODS, INC.<br>RITE-CARE CORP.<br>VALMAC INDUSTRIES, INC.<br>MAREL POULTRY CO.<br>PETERSON FARMS, INC.<br>HUDSON FOODS, INC.<br>HEUBLEIN, INC.<br>Joseph R. Bankoff, Esquire<br>King & Spaulding<br>2500 Trust Company Tower<br>25 Park Place<br>Atlanta, Georgia 30303<br><br>RALSTON PURINA COMPANY<br>C. David Vaughan, Esquire<br>909 Peachtree Center<br>Cain Tower<br>Atlanta, Georgia 30303 |

| Plaintiff | Defendant |
|---|---|
| THE STATE OF ALABAMA B-1<br>Same as Liaison Counsel | WILSON & CO., INC.<br>James H. McGlothlin, Esquire<br>Covington & Burling<br>888 Sixteenth St., N.W.<br>Washington, D.C.  20006 |
| WM. ALTUS & SON, INC.  B-2<br>James M. Landis, Esquire<br>Jones, Bird & Howell<br>Haas-Howell Building<br>75 Poplar Street<br>Atlanta, Georgia  30303 | ALLIED MILLS, INC.<br>Mark H. Alcott, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>345 Park Avenue<br>New York, New York  10022 |
| THE STATE OF ALABAMA (B-3)<br>Same as Liaison Counsel | |
| STATE OF CONNECTICUT, ET AL. (B-4)<br>Same as Liaison Counsel | |
| STATE OF ALABAMA, ETAL. (B-5)<br>Same as Liaison Counsel | KANE-MILLER CORP.<br>Jeffrey A. Fillman, Esquire<br>Finley, Kumble, Heine, Underberg & Grutman<br>477 Madison Avenue<br>New York, New York  10022 |
| LEMIRE SALES, INC. (B-7)<br>Eugene A. O'Brien, Esquire<br>925 Dain Tower<br>Minneapolis, Minn.  55402 | PERDUE FARMS, INC.<br>Barbara W. Mather, Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Building<br>Philadelphia, Pennsylvania  19109 |
| SOUTHEASTERN HATCHERIES<br>Stanley P. Meyerson, Esquire<br>Westmoreland, Hall, McGee<br>   Warner & Oxford<br>2800 Tower Place<br>3340 Peachtree Road, N.E.<br>Atlanta, Georgia  30325 | CARGILL, INC.<br>CENTRAL SOYA CO., INC.<br>CONAGRA, INC.<br>FEDERAL CO.<br>HOLLY FARMS<br>PILLSBURY CO., INC.<br>TOWNSENDS, INC. |
| H AND H POULTRY<br>Stan Miller, Esquire<br>Grand National Bank Building<br>Hot Springs, Arkansas  71901 | Harold L. Russell, Esquire<br>Gambrell, Russell, Killorin, Wade & Forbes<br>4000 First National Bank Tower<br>Atlanta, Georgia  30303 |
| NBMA<br>Michael A. Doyle, Esquire<br>Alston, Miller & Gaines<br>1220 C&S National Bank Building<br>Atlanta, Georgia | BURNETT PRODUCE CO.<br>John F. Dugger, Esquire<br>Bacon, Dugger & Jessee<br>209 E. Main Street<br>Morristown, Tennessee  37814 |
| EUGENE T. LEMIRE (B-8)<br>Eugene A. O'Brien, Esq.<br>(See Address above) | BAYSHORE FOODS, INC.<br>SHORGOOD POULTRY DISTRIBUTORS, INC<br>KANE-MILLER, CORP.<br>Jeffrey Fillman, Esquire<br>425 Park Avenue<br>New York, New York  10022 |
| UNABLE TO DETERMINE COUNSEL FOR<br>FOLLOWING B-8 Defendants<br>  Maryland Chicken Processors, Inc.<br>  Stratford of Texas | |